**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| BETTY CRUZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO. C-05-568 |
| | § | |
| PFIZER, INC., and ORLANDO R. DeHERRERA, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On this day came on to be considered Defendant Pfizer Inc.'s Motion to Stay (D.E. 6) the above-styled action. The Court GRANTS the Defendant's motion as follows. The Court hereby STAYS all discovery in the case. If the Court grants Plaintiffs' motion, and remands the case to state court, this stay will be vacated.

SIGNED and ENTERED this 16th day of January, 2006.

_____
Janis Graham Jack
United States District Judge